IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RONALD LEE GREEN, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 7:21cv00369 |
| ) | |
| v. ) | **MEMORANDUM OPINION** |
| ) | |
| LT. J. FLEMING, *et al.*, ) | By:    Hon. Thomas T. Cullen |
| ) |         United States District Judge |
| Defendants. ) | |

Plaintiff Ronald Lee Green, an inmate proceeding *pro se,* filed this civil action under 42 U.S.C. § 1983. On November 4, 2022, the defendants filed a motion for summary judgment; the court issued a notice pursuant to *Roseboro v. Garrison*, 528 F.2d 309, 310 (4th Cir. 2005), on November 7. (*See* ECF Nos. 24–26.) The *Roseboro* notice gave Green 21 days to file a response to the motion for summary judgment and advised him that, if he did not respond to the defendants' motion, the court would "assume that Plaintiff has lost interest in the case, and/or that Plaintiff agrees with what the Defendant states in their responsive pleading(s)." (*See* ECF No. 34.) The notice further advised Green that, if he wished to continue with the case, it was "necessary that [he] respond in an appropriate fashion," and that if he failed to file a response to the motion within the time allotted, the court "may dismiss the case for failure to prosecute." (*Id.*) Green did not respond to the motion and, therefore, the court will dismiss this action without prejudice for failure to prosecute.

The Clerk shall send copies of this Memorandum Opinion and the accompanying Order to the parties.

**ENTERED** this 7th day of December, 2022.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE